**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00037-BNB

WENDEL (ROBERT) WARDELL, JR.,

    Applicant,

v.

EXECUTIVE DIRECTOR, Colorado Dept. of Corrections,
ARCHIE B. LONGLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion for Extension of Time to File Reply to Pre-Answer Response (ECF No. 19) is GRANTED as follows: Applicant shall have **thirty (30) days from the date of this minute order** to file a reply to the Pre-Answer Response.  Applicant's Motion of Applicant Wardell to Take Judicial Notice (ECF No. 20) is DENIED as unnecessary because Applicant may include any relevant argument in his reply to the Pre-Answer Response.  Applicant's Motion to Expand the Record and Request for State to Provide Readily-Accessible Documents (ECF No. 21) is DENIED.

Dated:  May 15, 2013