**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00037-BNB

WENDEL (ROBERT) WARDELL, JR.,

     Applicant,

v.

EXECUTIVE DIRECTOR, Colorado Dept. of Corrections,
ARCHIE B. LONGLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's "Motion for a 'Courtesy' Copy of § 2254 Motion" (ECF No. 23) is DENIED. Applicant may obtain a copy of the application by contacting the clerk of the court and paying any necessary fees.

Dated: May 31, 2013